**DISMISS and Opinion Filed May 8, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00011-CV**

**CARY CARROLL, Appellant**

**V.**

**HENLEY AND HENLEY, P.C., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00195**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by April 10, 2024. By postcard dated April 12, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tᴇx. R. Aᴘᴘ. P. 38.8 (a)(1); 42.3(b), (c).

/Emily Miskel/

EMILY MISKEL
JUSTICE

240011F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARY CARROLL, Appellant

No. 05-24-00011-CV          V.

HENLEY AND HENLEY, P.C.,
Appellee

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-00195.
Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 8, 2024